In re Richard S. **FOWLER,** Petitioner.

No. 02–6801.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Feb. 3, 2003.

Richard S. Fowler, Petitioner Pro Se.

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Richard S. Fowler filed a petition for a writ of mandamus alleging undue delay in the district court. Fowler filed a motion for reduction of sentence in the district court on March 21, 2001. The district court ruled on the motion on October 22, 2002, after Fowler filed the mandamus petition. Accordingly, the mandamus petition is now moot. We therefore deny the petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*